Alvin H. FRANKEL, Administrator of the Estate of John Rosanio, Deceased,

v.

Raymond SCARBO, Appellant.

No. 13256.

United States Court of Appeals Third Circuit.

Argued Oct. 7, 1960.

Decided Oct. 24, 1960.

William J. McKinley, Jr., Philadelphia, Pa. (Swartz, Campbell & Henry, Philadelphia, Pa., on the brief), for appellant.

Morris M. Shuster, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

The questions presented by the appeal at bar are primarily those of fact and were resolved in favor of the plaintiff after a correct charge by the court on the issues presented. The judgment will be affirmed.